UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-20733-JB

ANGEL RAUL FIGUEROA GALEANO,

      Petitioner,

v.

PAMELA BONDI, in her official capacity as
U.S. Attorney General, *et al.*,

      Defendants.
_____/

## ORDER REQUIRING SUPPLEMENTAL RESPONSE

**THIS CAUSE** comes before the Court upon Respondents' Response to Petition for Writ of Habeas Corpus. ECF No. [18]. In the Response, Respondents rely on Petitioner's derivative asylee status to assert that he is not eligible for a reasonable fear screening and to justify their decision to administratively close Petitioner's reasonable fear process with USCIS. *Id.* at 3. However, also in the Response, Respondents appear to disregard Petitioner's derivative asylee status to assert that Petitioner's detention is proper because Petitioner's "prior order of removal was reinstated." *Id.* Respondents do not explain how an individual with derivative asylee status can be subject to removal based upon reinstatement of a prior removal order. Respondents also failed to include any legal analysis in the Response, as their "Argument" section is comprised of two sentences. Further, Respondents failed to comply with the Court's Order to Show Cause dated February 4, 2026 which required Respondents to include with their Response "cop[ies] of the full record in removal

proceedings, a transcript of the digital audio recording for those proceedings, and all other records bearing upon the "true cause of the [petitioner's] detention." ECF No. [4] ¶ 3.

For these reasons, Respondents are hereby **ORDERED** to file a Supplemental Response to the Petition by **February 23, 2026** which clarifies the discrepancies identified above, includes legal analysis in support of their position, and attaches copies of the evidence required pursuant to the Court's Show Cause Order. Petitioner may file a Reply to the Response and Supplemental Response by **February 26, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 18th day of February, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**