UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-20733-JB

ANGEL RAUL FIGUEROA GALEANO,

    Petitioner,

v.

PAMELA BONDI, in her official capacity as
U.S. Attorney General, *et al.*,

    Respondents.
_____/

**ORDER OF DISMISSAL**

    **THIS CAUSE** comes before the Court on Petitioner's Notice of Voluntary Dismissal (the "Notice"), ECF No. [20], in which Petitioner dismisses this action without prejudice. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Miami, Florida this 20th day of February, 2026.

                                                _____
                                              **JACQUELINE BECERRA**
                                              **UNITED STATES DISTRICT JUDGE**