UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-20733-JB

ANGEL RAUL FIGUEROA GALEANO,

        Petitioner,

v.

PAMELA BONDI, in her official capacity as
U.S. Attorney General, *et al.*,

        Respondents.
_____/

**CORRECTED ORDER OF DISMISSAL**

    **THIS CAUSE** comes before the Court on Petitioner's Notice of Voluntary Dismissal Without Prejudice due to Petitioner's Release. ECF No. [20]. Upon due consideration of the Notice, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida this 23rd day of February, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE